TOWN OF HILLSBORO v. THE MERCHANTS AND FARMERS BANK
AND THE MARYLAND CASUALTY COMPANY.

(Filed 28 April, 1926.)

**Appeal and Error—Divided Count—Judgment.**

The judgment of the Superior Court stands as the law of the case
when the Justices of the Supreme Court are equally divided in their
opinion, one of them having been of counsel and taking no part therein.

APPEAL by plaintiff and defendant, the Maryland Casualty Company,
from *Grady, J.,* at September Term, 1925, of ORANGE. Affirmed.

From judgment rendered herein, that the town of Hillsboro recover
from the Merchants and Farmers Bank the sum of $1,215.97, and
interest thereon from 11 June, 1923, and costs, plaintiff and defendant,
Maryland Casualty Company, appealed.

*Gattis & Gattis and A. H. Graham for plaintiff.*
*W. S. Lockhart for Merchants and Farmers Bank.*
*Craige & Craige and Fuller & Fuller for Maryland Casualty Company.*

PER CURIAM. The Court being evenly divided in opinion, *Brogden, J.,* having been of counsel for the defendant, Merchants and
Farmers Bank, in the trial below, not sitting, the judgment of the court
below is affirmed and stands as the decision in this case without becoming a precedent. *McCarter v. R. R.,* 187 N. C., 863.

Affirmed.

R. J. JONES ET AL. v. N. JACOBI HARDWARE COMPANY.

(Filed 5 May, 1926.)

APPEAL by defendant from *Stack, J.,* at March Term, 1926, of SCOTLAND. Dismissed.

*W. H. Weatherspoon for plaintiff.*
*Bryan & Campbell for defendant.*

PER CURIAM. Since the argument of this appeal, it has been made
to appear to this Court that appellant has satisfied the judgment of the
Superior Court. At the request of appellant, and with the consent of
appellee, the appeal is

Dismissed.